Dismissed and Memorandum Opinion filed July 21, 2011.

 

In The

                                                                                                         

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00525-CV

____________

 

GLEN FLOYD SMITH, Appellant

 

V.

 

CLEMENT ALDRIDGE, JR., Appellee

 



 

On Appeal from the 405th District Court

Galveston County, Texas

Trial Court Cause No. 09CV0009 

 



 

M E M O R
A N D U M    O P I N I O N

This is an attempted appeal from an order signed May 19, 2011. 
Generally, appeals may be taken only from final judgments.  Lehmann v. Har‑Con
Corp., 39 S.W.3d 191, 195 (Tex. 2001).  Interlocutory orders may be
appealed only if permitted by statute.  Bally Total Fitness Corp. v. Jackson,
53 S.W.3d 352, 352 (Tex. 2001); Jack B. Anglin Co., Inc. v. Tipps, 842
S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).  

On June 30, 2011, notification was transmitted to the parties
of this court’s intention to dismiss the appeal for want of jurisdiction unless
appellant filed a response demonstrating grounds for continuing the appeal on
or before July 18, 2011.  See Tex.
R. App. P. 42.3(a).  Appellant’s response fails to demonstrate that this
court has jurisdiction over the appeal.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Panel consists of Justices
Frost, Jamison, and McCally.